77 F.3d 1424
 Donald SCHANBARGER, Plaintiff-Appellant,
v.
Robert MACY, Jr., Defendant,
Hudson Falls; Paul J. Brown; Andrew S. Conley; Marjorie
Clark; Clarisse Mondoux, Defendants-Appellees.
 No. 1026, Docket 95-7810.
 United States Court of Appeals,
Second Circuit.
 Submitted March 1, 1996.
Decided March 8, 1996.
 
 Donald Schanbarger, pro se, Salem, New York, for Appellant.
 Veronica Carrozza O'Dell, Fitzgerald Morris Baker & Firth, Glens Falls, New York, for Appellees Hudson Falls, Paul J. Brown, and Andrew S. Conley.
 Jeff Culkin, Bouck, Holloway, Kiernan & Casey, Albany, New York, for Appellee Marjorie Clark.
 Mark E. Cerasano, Bartlett, Pontiff, Stewart & Rhodes, Glens Falls, New York, for Appellee Clarisse Mondoux.
 Before: VAN GRAAFEILAND, MESKILL, and WINTER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Donald Schanbarger claims that his jury trial was invalid because his jury was selected based on a venire drawn from voter registration lists. For the reasons stated in United States v. Biaggi, 909 F.2d 662, 676-78 (2d Cir.1990), cert. denied, 499 U.S. 904, 111 S.Ct. 1102, 113 L.Ed.2d 213 (1991), and Bershatsky v. Levin, No. CV-95-4121, slip op. at 4-5 (E.D.N.Y. Jan. 30, 1996) (Trager, J.), we hold that, absent positive evidence that some groups have been hindered in attempting to register to vote, a jury venire drawn from voter registration lists violates neither the Sixth Amendment's fair cross-section requirement nor the Fifth Amendment's guarantee of Equal Protection. See also United States v. Ashley, 54 F.3d 311, 314-15 (7th Cir.1995), cert. denied, --- U.S. ----, 116 S.Ct. 232, 133 L.Ed.2d 161 (1995); United States v. Cecil, 836 F.2d 1431, 1448 (4th Cir.), cert. denied, 487 U.S. 1205, 108 S.Ct. 2846, 101 L.Ed.2d 883 (1988). No such evidence was offered.
 
 
 2
 We have reviewed appellant's other claims and find them to be without merit. We therefore affirm.